STATE OF CONNECTICUT *v.* JANET GRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 432 (AC 10501), is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided March 23, 1994

DAVID A. ALTSCHULER TRUST *v.*
ANDREW BLANCHETTE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 570 (AC 12070), is denied.

*Donald L. Altschuler,* in support of the petition.

*Edward J. Dolan,* in opposition.

Decided March 23, 1994

STATE OF CONNECTICUT *v.* RONALD BATSON

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 935 (AC 11928), is denied.

*Todd Edgington,* assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided March 23, 1994